UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LOUIS HALL,
              Plaintiff,

No. 1:16-cv-1421

-v-

Honorable Paul L. Maloney

UNKNOWN LEEGER, et al.,
              Defendants.

## JUDGMENT

After reviewing the complaint as required by 28 U.S.C. 1915(e)(2), the Court dismissed Hall's claim for false arrest, finding that he failed to allege sufficient facts to state a claim upon which relief may be granted. Because all claims have been resolved, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 30, 2017                                  /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge